Nos. 641 and 642.   GLIDDEN COMPANY ET AL. *v.* UNITED STATES.   November 10, 1941.   Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   MR. JUSTICE REED and MR. JUSTICE JACKSON took no part in the consideration and decision of this application.   *Messrs. H. J. Crawford, Frank Harrison,* and *Roger Hinds* for petitioners.   *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* for the United States.

No. 643.   SIMUS *v.* DONOGHUE, JUDGE.   November 10, 1941.   The motion to proceed on the typewritten record is granted.   Petition for writ of certiorari to the Supreme Court of Illinois denied.   *Mr. Charles Liebman* and *Pearl M. Hart* for petitioner.   *Mr. David Silbert* for respondent.

No. 654.   WARRING *v.* HUFF, GENERAL SUPERINTENDENT; and
No. 655.   WARRING *v.* COLPOYS, U. S. MARSHAL.   November 10, 1941.   The motion for bail is denied.   Petition for writs of certiorari to the Court of Appeals for the District of Columbia denied.   MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration and decision of these applications.   *Mr. Myron G. Ehrlich* for petitioner.   *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for respondents.   Reported below: 122 F. 2d 641.

No. 536.   HALLIDAY *v.* SQUIRE, SUPERINTENDENT OF BANKS.   November 10, 1941.   The motion to proceed on typewritten copies of the record is granted.   Petition for writ of certiorari to the Supreme Court of Ohio denied.